Ella Meyer, Appellee, v. Providers Life Assurance Company, Appellant.

Gen. No. 23,662.     (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Appeal dismissed. Opinion filed November 22, 1917.

## Statement of the Case.

Action by Ella Meyer, plaintiff, against the Providers Life Assurance Company, a corporation, defendant. From a judgment for plaintiff, defendant appeals, and plaintiff moves to dismiss the appeal for failure to file an appeal bond within the time first ordered by the court.

CHARLES M. HAFT, for appellant.

MILLER, STARR, BROWN, PACKARD & PECKHAM, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 25*—*when right of appeal is lost by failure to file appeal bond within fixed time.* The jurisdiction of the Municipal Court of Chicago over the order fixing the conditions of an appeal is retained only until the expiration of the time prescribed therein for filing the appeal bond, and where the time for filing the bond expires without an authorized extension, the right of appeal is lost by a failure to file the bond within the time fixed for filing it, notwithstanding that after the expiration of the time the court grants an extension of the time for filing and approves the bond filed in such extended time.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.